UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AGUDATH ISRAEL OF AMERICA, AGUDATH ISRAEL OF KEW GARDEN HILLS, AGUDATH ISRAEL OF MADISON, AGUDATH ISRAEL OF BAYSWATER, RABBI YISROEL REISMAN, RABBI MENACHEM FEIFER, STEVEN SAPHIRSTEIN,<br><br>Plaintiffs,<br><br>vs.<br><br>ANDREW M. CUOMO, Governor of the State of New York, in his official capacity,<br><br>Defendant. | Civil Action No. 1:20-cv-04834 |

## DECLARATION OF AVI SCHICK

Pursuant to 28 U.S.C. § 1746, I, Avi Schick, hereby declare as follows:

1. I make this declaration for use as evidence in support of the Application for a Temporary Restraining Order and Preliminary Injunction, filed by Agudath Israel of America, Agudath Israel of Kew Garden Hills, Agudath Israel of Madison, Agudath Israel of Bayswater, Rabbi Yisroel Reisman, Rabbi Menachem Feifer, and Steven Saphirstein (collectively, "Plaintiffs") in the above-styled action and for use in any other proceeding in the above-styled action. I have personal knowledge as to all matters set forth herein, and I am competent and authorized to make this declaration to the statements and facts contained herein.

2. I am counsel for Plaintiffs in the above-captioned case, and I make this declaration pertaining to Exhibits A to M attached hereto and filed in support of the Motion for Temporary Restraining Order and Preliminary Injunction.

-2-

3.  I hereby certify that Exhibits A to M are true copies of the original digital sources, or pertinent excerpts from those sources, with the exception of digitally inserted Exhibit Markings and pagination added to each Exhibit.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 8, 2020.

_____
Avi Schick
avi.schick@troutman.com

Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, NY 10022
(212) 704-6000

*Attorney for Plaintiffs*