UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AGUDATH ISRAEL OF AMERICA, AGUDATH ISRAEL OF KEW GARDEN HILLS, AGUDATH ISRAEL OF MADISON, AGUDATH ISRAEL OF BAYSWATER, RABBI YISROEL REISMAN, RABBI MENACHEM FEIFER, STEVEN SAPHIRSTEIN,<br><br>                    Plaintiffs,<br><br>     -against-<br><br>Andrew M. Cuomo, *Governor of the State of New York in his official capacity,*<br><br>                    Defendant. | No. 20-cv-04834<br><br>**NOTICE OF APPEARANCE** |

TODD A. SPIEGELMAN, an Assistant Attorney General in the Office of the Attorney General of the State of New York, hereby enters his appearance as counsel for Defendant ANDREW M. CUOMO in the above-captioned action and certifies that he is admitted to practice in this Court.

Dated: New York, New York
         October 9, 2020

Respectfully submitted,

**LETITIA JAMES**
Attorney General of the State of New York
*Attorney for Defendants*
By:
_____/S/_____
TODD A. SPIEGELMAN, ESQ.
Assistant Attorney General
28 Liberty Street, 17th Floor
New York, NY 10005
 (212) 416-8661
Todd.Spiegelman@ag.ny.gov

TO: All counsel of record (via ECF)