# AFFIDAVIT OF SERVICE

INDEX #: **1:20-CV-4834-KAM-RML**
DATE FILED: **10/8/2020**
ATTORNEY: **TROUTMAN PEPPER HAMILTON SANDERS LLP**
**875 THIRD AVENUE NEW YORK NY 10022 (212)704-6000**

## UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

**AGUDATH ISRAEL OF AMERICA, ET AL**
Plaintiff(s)
- against -

**ANDREW M. CUOMO, GOVERNOR OF THE STATE OF NEW YORK, IN HIS OFFICIAL CAPACITY,**
Defendant(s)

**STATE OF NEW YORK:**
**COUNTY OF ALBANY:**   ss:

STEF MARIE, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on **10/13/2020, 02:28PM** at **STATE CAPITAL BUILDING, ALBANY, NEW YORK 12224**, deponent served a **SUMMONS IN A CIVIL ACTION AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF** upon **THE HONORABLE ANDREW M. CUOMO GOVERNOR OF NEW YORK STATE**, a defendant in the above captioned matter.

By delivering a true copy thereof to and leaving with **MEGAN MEYERS**, a person of suitable age and discretion at the above address, the said premises being the defendant's place of business within the State of NEW YORK.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex **F**   Approximate age **32**   Approximate height **5'04"**   Approximate weight **135**   Color of skin **WHITE**   Color of hair **BROWN**

Sworn to before me on 10/14/2020
JILL DOCHERTY  NO. 01DO6373160
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES ON APRIL 2, 2022

X  S. Marie
STEF MARIE

SERVING BY IRVING INC.
233 BROADWAY SUITE #2201 NEW YORK, NY 10279 (212)233-3346