UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AGUDATH ISRAEL OF AMERICA, AGUDATH ISRAEL OF KEW GARDEN HILLS, AGUDATH ISRAEL OF MADISON, AGUDATH ISRAEL OF BAYSWATER, RABBI YISROEL REISMAN, RABBI MENACHEM FEIFER, STEVEN SAPHIRSTEIN,<br><br>Plaintiffs,<br><br>vs.<br><br>ANDREW M. CUOMO, Governor of the State of New York, in his official capacity,<br><br>Defendant. | Case No.1: 20-cv-04834-KAM-RML<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that plaintiffs Agudath Israel of America, Agudath Israel of Kew Garden Hills, Agudath Israel of Madison, Agudath Israel of Bayswater, Rabbi Yisroel Reisman, Rabbi Menachem Feifer, and Seven Saphirstein (together, "Plaintiffs") hereby appeal to the United States Court of Appeals for the Second Circuit from the Order dated October 9, 2020 denying Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction.

Dated: New York, New York
October 19, 2020

                                        TROUTMAN PEPPER
                                        HAMILTON SANDERS LLP

                                        By: *s/ Avi Schick*
                                             Avi Schick
                                             875 Third Avenue
                                             New York, New York 10002
                                             Telephone: (212) 704-6000
                                             Facsimile: (212) 704-6288

                                          *Attorney for Plaintiffs*