# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of October, two thousand twenty.

Before: William J. Nardini,
 *Circuit Judge.*

Agudath Israel of America, Agudath Israel of Kew Garden Hills, Agudath Israel of Madison, Agudath Israel of Bayswater, Rabbi Yisroel Reisman, Rabbi Menachem Feifer, Steven Saphirstein,

    Plaintiffs - Appellants,

v.

Andrew M. Cuomo, Governor of the State of New York, in his official capacity,

    Defendant - Appellee.

**ORDER**

Docket No. 20-3572

Appellants Agudath Israel of America et al., move for an emergency injunction pending appeal. Appellants seek a decision no later than October 23, 2020 at 5:00 pm. Appellee Andrew M. Cuomo opposes the motion.

IT IS HEREBY ORDERED that the request for an administrative stay of the district court decision denying Appellants' motion for a temporary restraining order and preliminary injunctions is DENIED. The motion is referred to the panel sitting on November 3, 2020. It will be heard in tandem with the motion seeking similar relief filed in <u>The Roman Catholic Diocese of Brooklyn v. Governor Andrew M. Cuomo</u>, Docket No. 20-3590. Appellee's opposition to the motion is due by noon on October 27, 2020. Appellant's reply is due by noon on October 29, 2020.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 10/22/2020