Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, New York 10022

troutman.com



**Avi Schick**
avi.schick@troutman.com

May 27, 2021

**VIA ECF**

Hon. Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:**   *Agudath Israel of America, et al. v. Cuomo*, **No. 20-cv-04834 (E.D.N.Y.)**

Dear Judge Matsumoto:

      We are writing to advise the Court that the parties have reached an agreement in principle as to the amount Defendant will pay Plaintiffs to resolve their attorneys' fees and costs. The parties understand that in its May 3, 2021 extension order, the Court stated that it would grant "a final extension until June 4, 2021" for Plaintiffs to file their fees application. Defendant has requested additional time to receive the necessary approvals of the parties' settlement agreement, a process which requires multiple approvals within the State. In light of the parties' agreement in principle as well as to avoid the filing of a potentially unnecessary fee application, the parties request a brief extension of time until June 25, 2021 to submit an application for attorneys' fees pursuant to Federal Rule of Civil Procedure 54.

      Respectfully submitted,

Avi Schick