UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of April, two thousand twenty-three,

| | |
|---|---|
| Agudath Israel of America, Agudath Israel of Kew Garden Hills, Agudath Israel of Madison, Rabbi Yisroel Reisman, Steven Saphirstein, | STATEMENT OF COSTS |
| Plaintiffs-Appellants, | Docket No. 22-38 |
| v. | |
| Kathy Hochul, Governor of the State of New York, in her official capacity, | |
| Defendant-Appellee. | |

IT IS HEREBY ORDERED that costs are taxed in the amount of $131.40 in favor of Defendant-Appellee Kathy Hochul.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

*[signature: Catherine O'Hagan Wolfe]*
*[Seal: United States Court of Appeals, Second Circuit]*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*[signature: Catherine O'Hagan Wolfe]*

CERTIFIED COPY ISSUED ON 04/28/2023